UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY J. AJAERO,

                              Plaintiff,

              -against-

THE ENTIRE APPELLATE DIVISION,
APPELLATE TERM; SUPREME COURT;
CRIMINAL COURT; FAMILY COURT; AND
ALL OTHER INFERIOR COURTS WITHIN
THE STATE OF NEW YORK,

                              Defendants.

19-CV-11272 (CM)

CIVIL JUDGMENT

Pursuant to the order issued January 10, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under

28 U.S.C. § 1915(e)(2)(B)(i), and as barred by the doctrines of Eleventh Amendment immunity,

*Younger* abstention, and *Rooker-Feldman*.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to

Plaintiff and note service on the docket.

SO ORDERED.

Dated:   January 10, 2020
             New York, New York

_____
        COLLEEN McMAHON
   Chief United States District Judge